

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-24-2009

# USA v. Melvin Stinson

Precedential or Non-Precedential: Precedential

Docket No. 08-1717

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Melvin Stinson" (2009). *2009 Decisions.* Paper 531.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/531

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 08-1717

———

UNITED STATES OF AMERICA

v.

MELVIN STINSON,
a/k/a Tank

Melvin Stinson,
                              Appellant

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Crim. No. 2-07-cr-00170-1)

———

Before:  SLOVITER, AMBRO, and JORDAN, Circuit Judges

———

O R D E R

———

After consideration of the Appellant's Petition for Rehearing and the brief of amici

curiae in the above entitled case, and all of the judges on the panel who participated in the

decision of this court in agreement, the petition for panel rehearing is granted.  The

panel's opinion and the judgment entered July 28, 2009 is vacated.  The case shall be

listed for panel rehearing on October 8, 2009 at 3:00 p.m.  Any party who wishes to file a

supplementary memorandum may do so not to exceed 10 pages, double spaced, on or

before October 2, 2009.

By the Court

   /s/   Dolores K. Sloviter
Circuit Judge

DATED:     September 24, 2009
MB/cc:     Maria M. Carrillo, Esq.
           Robert A. Zauzmer, Esq.
           Thomas F. Burke, Esq.
           Sarah S. Gannett, Esq.